
PS8
(8/88)

# United States District Court
for the
### Eastern District of Michigan

U.S.A. vs. **Gary Nelson**                                              Docket No. 11-20129-13

### Petition for Action on Conditions of Pretrial Release

COMES NOW Homero Hinojosa, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Gary Nelson</u>, who was placed under pretrial release supervision by the Honorable <u>Laurie J. Michelson</u> sitting in the court at <u>Detroit, Michigan</u>, on <u>July 31, 2012</u>, under the following conditions:

Report as directed to Pretrial Services
Do not possess any weapons
Refrain from any alcohol use
Do not use or possess any controlled substances
Submit to drug testing and or treatment as directed by Pretrial Services
Participate in the Location Monitoring Program with a curfew as directed by Pretrial Services
Resolve outstanding warrants with thirty days of release on bond

### Respectfully presenting petition for action of court and for cause as follows:

The defendant submitted a urine specimen on May 01, 2013. The results were positive for opiates . The defendant was scheduled to report to Pretrial Services on May 13, 2013, for drug testing. The defendant failed to appear on that date. On May 15, 2013, the defendant reported as directed to Pretrial Services for drug testing. The results were positive for opiates. The two samples were sent to an independent laboratory for verification of prescription medication or illegal substances. The samples were analyzed and determined to be heroin.

**PRAYING THAT THE COURT WILL SCHEDULE A BOND REVIEW HEARING ON** <u>June 19, 2013</u> **at** <u>10:00 am</u> **in COURTROOM 712**

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | ORDER OF COURT |
| Executed on May 31, 2013 | Considered and ordered this 5th day of June, 20 13 and ordered filed and made a part of the records in the above case. |
| *Homero Hinojosa* (signature)<br>U.S. Pretrial Officer Homero Hinojosa | *R. Cleland* (signature)<br>U.S. District Judge Robert H. Cleland |

Place: Detroit, Michigan
Date: May 31, 2013