UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 11-20129

SCOTT WILLIAM SUTHERLAND,

    Defendant.
_____/

**ORDER GRANTING IN PART DEFENDANTS' MOTION TO ADJOURN TRIAL**

Before the court is motion to adjourn trial filed under seal by Defendants in Trial Group 1. The Government does not oppose or concur in the motion. The court conducted a hearing on the motion on September 19, 2014. For the reasons stated at on the record,

IT IS ORDERED that Defendants' "Motion to Adjourn Trial" is GRANTED IN PART. Jury selection will begin, as scheduled, on September 29, 2014, and will continue until conclusion. After a jury is selected, the court will adjourn proceedings until **October 14, 2014, at 9:00 a.m.**

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2014, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522